UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FRANK WILLIAM BECKENDORF, III**　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　**NO. 21-1477**

**DANIEL FLEISCHMAN**　　　　　　　**SECTION "F"(4)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Frank William Beckendorf, III's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 8th day of December, 2021.

_____
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**